UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| SILVIO AZZOLINI, on behalf of himself and all others similarly situated, | ) ) ) | Lead Case No. 1:03-CV-1003 |
| Plaintiff, | ) ) | CLASS ACTION |
| V. | ) ) | MDL Case No. 1:03-MD-1552 |
| CORTS TRUST II FOR PROVIDENT FINANCIAL TRUST I, et al., | ) ) ) | Judge Curtis L. Collier |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| HARRIET BERNSTEIN, on behalf of herself and all others similarly situated, | ) ) ) | Case No. 1:03-CV-1005 |
| Plaintiff, | ) ) | CLASS ACTION |
| V. | ) ) | MDL Case No. 1:03-MD-1552 |
| CORTS TRUST FOR PROVIDENT FINANCING TRUST I, et al., | ) ) ) | Judge Curtis L. Collier |
| Defendants. | ) | |

## **O R D E R**

In each of the above captioned cases, one of which is a lead case, the Court has previously ruled on two motions to dismiss and one motion to alter or amend and for judgment on the pleadings (*See Azzolini* Court File Nos. 46, 47, 48, 49, 63, 65; *Bernstein* Court File Nos. 56, 57, 58, 59, 73, 75). As a result of these rulings, it appears no claims remain pending. As such, the Court **ORDERS** the **CLERK'S OFFICE** to **CLOSE** the following cases:

1. *Azzolini v. CorTS Trust II for Provident Financial Trust I, et al.*, No. 1:03-CV-1003;

2. *Finke, et al. v. CorTS Trust II for Provident Financial Trust I, et al.*, No. 1:03-CV-

1006;

3. *Strahle v. CortTS Trust II for Provident Financial Trust I, et al.*, No. 1:03-CV-1007; and

4. *Bernstein v. CorTS Trust for Provident Financing Trust I, et al.*, No. 1:03-CV-1005.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**